# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE THE MATTER OF THE APPOINTMENT OF A FULL-TIME MAGISTRATE JUDGE | )  )  Civil Misc. No: 2:19-mc-03901-ECM  ) |

## ORDER

A vacancy will exist in the office of the United States Magistrate Judge for the Middle District of Alabama due to the retirement of Hon. Wallace Capel effective July 31, 2020, making it necessary for this Court to take applications for the appointment of a new Magistrate Judge. This appointment will be for a full eight-year term beginning upon appointment. The United States Magistrates Act, 28 U.S.C. § 631, et seq., and regulations issued pursuant thereto by the Judicial Conference, require that a panel of citizens be appointed to review all applicants and to report their findings to the Court. Public notice is also required.

Accordingly, it is ORDERED that the Clerk of this Court cause to be published in *The Montgomery Advertiser, The Dothan Eagle and The Opelika-Auburn News,* mail members of the Board of Bar Commissioners of the Alabama State Bar and presidents of local bar associations in the Middle District of Alabama, send out electronically to members of the Middle District of Alabama Bar, post in the Alabama State Bar publications, post to U.S. Courts Job Vacancies and to post in the Clerk's Office in the United States Courthouses at Montgomery, Dothan, Opelika, Alabama, the attached notice.

A copy of this order and notice shall be provided to the Magistrate Judge Division of the Administrative Office of the United States Courts, and any other appropriate officials.

DONE this 24th day of October, 2019.

_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE